U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 11 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-50098 |
| --- | --- | --- |
| | * | |
| VERSUS | * | JUDGE STAGG |
| | * | |
| THOMAS RAY BURTON | * | MAGISTRATE JUDGE HORNSBY |

## FINAL ORDER OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture on February 21, 2007, ordering defendant THOMAS RAY BURTON to forfeit the following the following properties:

a. Hi-Point by Beemiller, Inc., pistol, model CF380, .380 ACP, serial number P800716; Lorcin pistol, model L380 cal. auto, serial number 132795; FIE pistol, model Titan, .25 cal, serial number ED19702; and ammunition; and

b. $17,242 in United States currency.

Notice of the Preliminary Order of Forfeiture was given by the United States by publication on March 16, 23 and 30 of 2007 in the Shreveport Times, a Shreveport newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Direct notice was served upon Thomas Ray Burton on March 20, 2007.

No timely claim has been filed.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

The Preliminary Order of Forfeiture entered in the above captioned action on February 21, 2007, is final, this Court having found that the defendant THOMAS RAY BURTON convicted in the case had an interest in the forfeitable property under Title 18, United States Code, Section 924(d)(1) and Title 21, United States Code, Section 853, and all right, title and interest to the following properties:

a. Hi-Point by Beemiller, Inc., pistol, model CF380, .380 ACP, serial number P800716; Lorcin pistol, model L380 cal. auto, serial number 132795; FIE pistol, model Titan, .25 cal, serial number ED19702; and ammunition; and

b. $17,242 in United States currency.

is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

The United States has clear title to all the property as set forth in Preliminary Order of Forfeiture dated February 21, 2007. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal's Service, 300 Fannin Street, Suite 1202, Shreveport, Louisiana 71101.

Shreveport, Louisiana, this 11th day of May, 2007.

TOM STAGG
United States District Judge

2